# PROOF OF SERVICE
# Whitaker v. Westside Properties-1, LLC

CASE #: 2:19-CV-05294-CJC-PLA

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, California 92131

On July 18, 2019 I served the following document(s):

- **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**
- **PROPOSED ORDER**

Addressed to:

| Stephen E. Abraham<br>Law Offices of Stephen Abraham<br>1592 Pegasus Street<br>Newport Beach, CA 92660 | Westside Properties-1, LLC, a California Limited Liability Company<br>1244 6th St<br>Santa Monica CA 90401-1602 |
|---|---|

☑  <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐  <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐  <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐  <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☐  <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on July 18, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Kayla Drayton

PROOF OF SERVICE